IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SEMICONDUCTOR TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>vs.<br><br>MICRON TECHNOLOGY, INC. and MICRON SEMICONDUCTOR PRODUCTS, INC.<br><br>Defendants. | Civil Action No. 2:12-cv-00163-MHS-CMC<br><br><br><br><br><br>JURY TRIAL DEMANDED |

## **NOTICE OF COMPLIANCE WITH COURT'S MOTION PRACTICE ORDER**

In compliance with the Court's Motion Practice Order (Dkt. No. 45), Plaintiff Semiconductor Technologies LLC files this Notice of its emergency reply letter brief to the Court requesting permission to file an Expedited Motion to Strike Expert Declaration of Dr. Fair and Associated Claim Construction Extrinsic Evidence.  Additional bases for Plaintiff's proposed motion are contained in the attached reply letter brief.

December 18, 2012

Respectfully submitted,

COLLINS, EDMONDS, POGORZELSKI,
SCHLATHER & TOWER, PLLC

By: /s/ Henry Pogorzelski
Henry M. Pogorzelski– LEAD COUNSEL
Texas Bar No. 24007852
Michael J. Collins
Texas Bar No. 04614510
COLLINS, EDMONDS, POGORZELSKI,
SCHLATHER & TOWER, PLLC
1616 South Voss Road, Suite 125
Houston, Texas 77057
Telephone: (281) 501-3425
Facsimile: (832) 415-2535
hpogorzelski@cepiplaw.com

mcollins@cepiplaw.com

Melissa R. Smith
Texas State Bar No. 24001351
GILLAM & SMITH
303 S. Washington Ave.
Marshall, Texas 75670
Telephone: (903) 934-8450
Fax: (903) 934-9257
Melissa@gillamsmithlaw.com

ATTORNEYS FOR PLAINTIFF
SEMICONDUCTOR TECHNOLOGIES LLC

## CERTIFICATE OF SERVICE

    I hereby certify that an electronic copy of this document is being served upon all known remaining defense counsel of record by email via the distribution list understood to be used by the remaining defendants referenced herein.

December 18, 2012                    /s/ Henry Pogorzelski
                                            Henry M. Pogorzelski